**Phillip R. NEELY, Plaintiff–Appellant,**

v.

**CITY OF RIVERDALE, Iris Jessie, individually and in her official capacity as city manager, Thetus A. Knox, individually and in her official capacity as city police chief, T. Michael Martin, individually and in his official capacity as city hearing officer, Wanda Wallace, individually and in her official capacity as city councilwoman, Defendants–Appellees.**

No. 07–11847.

United States Court of Appeals,
Eleventh Circuit.

Oct. 17, 2007.

Michael Bernard King, Jonesboro, GA, for Plaintiff–Appellant.

William T. Mitchell, Cruser & Mitchell, LLP, Norcross, GA, Deana Simon Johnson, Jennifer G. Cowart, Insley & Race,

LLC, Atlanta, GA, for Defendants–Appellees.

Before CARNES and BARKETT, Circuit Judges, and COHN,* District Judge.

PER CURIAM:

We find that the district court correctly granted summary judgment in favor of the Defendant–Appellees, the City of Riverdale; Iris Jessie, the City Manager; Thetus A. Knox, the Chief of Police; T. Michael Martin, City Hearing Officer; and Wanda Wallace, City Councilwoman.[1]

**AFFIRMED.**

---

* Honorable James I. Cohn, United States District Judge for the Southern District of Florida, sitting by designation.

1. We express no view on any sanctions issue. Although the briefs discuss issues relating to the district court's decision to sanction Neely and his counsel, because no final order has been entered on sanctions, at this time we lack jurisdiction to review any issue relating to sanctions.